AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## MIDDLE District of ALABAMA

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| GUS RALPH EUBANKS | Case No. 2:10cr252-02-WKW |
| | USM No. 13384-002 |
| | Richard Franklin Matthews, Jr. |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s)  1, 2 and 3 of the 11/18/2011  Amended Petition of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Defendant failed to refrain from unlawful use of a Controlled Substance | 11/04/2011 |
| 2 | Defendant failed to refrain from unlawful use of Marijuana and Methamphetamine | 11/04/2011 |
| 3 | Home Confinement Violation | 11/16/2011 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8531

Defendant's Year of Birth: 1981

City and State of Defendant's Residence:
Clanton, Alabama

February 22, 2012
Date of Imposition of Judgment

/s/ W. Keith Watkins
Signature of Judge

W. KEITH WATKINS, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

2.23.12
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__ of __4__

DEFENDANT:       GUS RALPH EUBANKS
CASE NUMBER:     2:10cr252-02-WKW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

21 Months.  This sentence is a variance pursuant to USSG 7B1.4, comment. (N.4) which states that where the original sentence was result of a downward departure, or a charge reduction that resulted in a sentence below the guideline range applicable to the defendant's underlying conduct, an upward departure may be warranted.

X   The court makes the following recommendations to the Bureau of Prisons:
    The Court recommends that defendant be designated to a facility where his mental health and drug treatment issues can be treated.  The BOP is requested to evaluate, treat and create a post conviction treatment plan for probation.  This would include any prescribed medications, frequency of treatment sessions and types of treatment (inpatient or outpatient).

X   The defendant is remanded to the custody of the United States Marshal.

☐   The defendant shall surrender to the United States Marshal for this district:
    ☐  at _____  ☐ a.m.  ☐ p.m.  on _____ .
    ☐  as notified by the United States Marshal.

☐   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐  before 2 p.m. on _____ .
    ☐  as notified by the United States Marshal.
    ☐  as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

DEFENDANT: GUS RALPH EUBANKS
CASE NUMBER: 2:10cr252-02-WKW

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of :

3 Years

    The defendant must report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not unlawfully possess a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter as determined by the court.

- ☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)
- X The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if
- X The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)
- ☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

    If this judgment imposes a fine or restitution, it is be a condition of supervised release that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

    The defendant must comply with the standard conditions that have been adopted by this court as well as with any additional conditions on the attached page.

## STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer in a manner and frequency directed by the court or probation officer;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court; and
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245D   (Rev. 09/11) Judgment in a Criminal Case for Revocations
          Sheet 3C — Supervised Release

Judgment—Page   4   of   4

DEFENDANT:       GUS RALPH EUBANKS
CASE NUMBER:     2:10cr252-02-WKW

## SPECIAL CONDITIONS OF SUPERVISION

Defendant shall participate in any post conviction treatment, to include a substance abuse and /or mental health, recommended by the Bureau of Prisons treatment plan. Should the Bureau of Prisons fail to provide such plan to the probation office, the defendant shall be subject to any of the following special conditions of supervised release in order to create an environment where he will remain drug/alcohol free and psychologically stable:

1) Serve up to 90 days in a Community Corrections Center as directed by the probation officer.

2) Defendant shall participate in substance abuse and mental health testing and or treatment as directed by the probation officer. This treatment may be either inpatient or outpatient, in accordance with the treatment staff.

3) Defendant shall serve up to six (6) months in the home confinement program under the supervision of the probation office. He shall wear a location monitoring device as directed by his probation officer. The probation officer is authorized to use all location monitoring technology to monitor the defendant's compliance with his home confinement and substance abuse treatment. Defendant shall pay the cost of location monitoring in accordance with his ability to pay. The term of home confinement may be adjusted by the probation officer in order to maximize defendant's compliance with his conditions of supervision.

4) Defendant shall abstain from any use of alcohol. He shall be monitored for the use and/or possession of alcohol by the probation officer. The probation officer is authorized to use all location monitoring technology to monitor the defendant's compliance.

Defendant shall submit to a search of his person, residence, office or vehicle pursuant to the search policy of this court.

Defendant shall provide the probation officer any requested financial information.

Defendant shall not obtain new credit without approval of the court unless in compliance with the payment schedule.

**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
United States Courthouse
One Church Street, E-300
MONTGOMERY, ALABAMA 36104

**W. Keith Watkins**  TELEPHONE (334) 954-3760
Chief U. S. District Judge  FAX (334) 954-3769
EMAIL: keith_watkins@almd.uscourts.gov

February 23, 2012

Designation and Sentence Computation Center
Grand Prairie Office Complex
U. S. Armed Forces Reserve Complex
346 Marine Forces Drive
Grand Prairie, Texas 75051

Re: Gus Ralph Eubanks – Middle District Alabama – 10-CR-252-2

Dear Sir/Madam:

It is not my practice as a sentencing judge to contact classification specialists with BOP regarding a particular defendant. In fact, I believe in six years this is the first time I have made such a contact. Because I believe the case of Mr. Eubanks, referenced above, is clearly an outlier, I am making this contact to request consideration of his mental health history when he is classified and placed in the Bureau of Prisons. He has approximately 18 months to serve on a probation revocation. For your information, a copy of my judgment is enclosed, together with the probation violation report and a copy of the psychological assessment report of Dr. Kale E. Kirkland.

As you can see from the enclosed materials, Mr. Eubanks has Formal Axis I Diagnoses of Amphetamine Dependence without Physiological Dependence, Cannabis Dependence with Physiological Dependence, and Schizophrenia, Paranoid Type. Additionally, he has been diagnosed with Alcohol Dependence, Sustained Full Remission. At the revocation hearing Mr. Eubanks appeared appropriately oriented to his situation. Risperdal was ordered by the physician at the Montgomery City Jail, and seems to have been effective. Mr. Eubanks freely confessed to the court his self-medication to deal with his mental health issues.

Ultimately I write for the BOP to give serious consideration to sending Mr. Eubanks to a facility where his mental health issues can be addressed along with his substance dependencies. It was hoped, and I so stated on the record, that a sentence of 21 months, with 3 months credit accrued, would give the BOP approximately 18 months to work with this defendant.

*Copy – original w/attachments mailed wkw*

Additionally, it is my hope, as also expressed on the record, that Mr. Eubanks depart BOP with a comprehensive mental health treatment plan in hand for use by his probation officers. He will be on probation for a period of 3 years upon his release.

Thank you in advance for any consideration you can give for Mr. Eubanks to receive comprehensive mental health treatment with secondary substance dependence issues. Please advise if I can provide further information.

Yours very truly,

W. Keith Watkins

WKW:pn

cc:   David Conoly, USPO
      Brent Woodall, AUSA
      Richard Franklin Matthews, Esq.